UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BENJAMIN A. RICE-ERSO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social ) <br> Security, ) <br> ) <br> Defendant. ) | No.  CV-08-0246-CI <br><br> ORDER GRANTING STIPULATED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. 405(g) |

BEFORE THE COURT is the parties' Stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 18.)  The parties have consented to proceed before a magistrate judge.  (Ct. Rec. 8.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1.   The parties' Stipulated Motion to Remand **(Ct. Rec. 18)** is **GRANTED**.  The above-captioned case shall be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) will conduct a *de novo* hearing, re-evaluate the medical opinions of record, including the opinions of Dr. Zwartz and Dr. Orvald; reconsider the severity of

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

Plaintiff's impairments, including sleep apnea, obesity, and ability to walk without crutches; reassess Plaintiff's RFC; and as necessary, obtain medical expert and vocational expert testimony.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

4. Plaintiff's Motion for Summary Judgment (**Ct. Rec. 13**) is **STRICKEN as moot.**

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED April 30, 2009.

                    S/ CYNTHIA IMBROGNO
             UNITED STATES MAGISTRATE JUDGE